**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**MARK J. BACKUS,**

                           **Petitioner,**

         **v.**                                                          **Civil Action No.**
                                                                         **9:04-CV-356 (TJM/GHL)**

**J. NICHOLS, SUPERINTENDENT,**

                    **Respondent.**


_____

**Thomas J. McAvoy, Senior U.S. District Judge**

### DECISION & ORDER

         This _pro se_ petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 was referred to the

Hon. George H. Lowe, United States Magistrate Judge, for a Report and Recommendation pursuant to 28

U.S.C. § 636(b) and Local Rule 72.4.

         No objections to the Report-Recommendation and Order dated January 8, 2008 have been filed.

Furthermore, after examining the record, this Court has determined that the Report-Recommendation and

Order is not subject to attack for plain error or manifest injustice.  Accordingly, this Court adopts the

recommendations of the Report-Recommendation and Order for the reasons stated therein.

         It is therefore

         **ORDERED** that the petition for a writ of habeas corpus is **DENIED and DISMISSED.**

**IT IS SO ORDERED.**

Dated:February 12, 2008

Thomas J. McAvoy
Senior, U.S. District Judge